## J. W. BEACH v. BOULEVARD APARTMENTS, INC.

154 So. 165.
Division B.
Decision Filed March 17, 1934.

*W. B. Dickenson,* for Plaintiff in Error;
*Henry H. Cole,* for Defendant in Error.

PER CURIAM.—Writ of error to a judgment of the Circuit Court of Hillsborough County entered pursuant to default after demurrers to pleas, sustained.

Affirmed without opinion.

WHITFIELD, P. J., and BROWN and BUFORD, J. J., concur.